FILED
00 JUL -6
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| CHARLES LEE STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTERED** |
| vs. | ) CV 00-H-1242-NE | |
| | ) | JUL - 6 2000 |
| JON TURVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 14, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed with prejudice due to plaintiff's bad faith submission of false information in his application to proceed *in forma pauperis*. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed with prejudice. A Final Judgment will be entered.

DATED this 6th day of July, 2000.

JAMES H. HANCOCK
UNITED STATES DISTRICT JUDGE